IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Degante, Dannixa L | Case Number:  07 B 09637 |
| | Judge:  Wedoff, Eugene R |
| Printed: 02/24/09 | Filed:  5/29/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: February 19, 2009
Confirmed: July 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 17,282.00 | |
| Secured: | | 13,690.35 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,550.00 |
| Trustee Fee: | | 1,041.65 |
| Other Funds: | | 0.00 |
| Totals: | 17,282.00 | 17,282.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Leeders & Associates LTD | Administrative | 2,550.00 | 2,550.00 |
| 2. | VW Bank USA | Secured | 0.00 | 0.00 |
| 3. | Bank Of America | Secured | 26,629.89 | 12,992.25 |
| 4. | Kay Jewelers | Secured | 1,429.67 | 698.10 |
| 5. | Chase Bank | Unsecured | 5,918.25 | 0.00 |
| 6. | US Bank | Unsecured | 6,994.92 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 894.80 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 116.62 | 0.00 |
| 9. | Kay Jewelers | Unsecured | 109.87 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 1,192.59 | 0.00 |
| 11. | American General Finance | Unsecured | 683.26 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 6,812.87 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 2,927.15 | 0.00 |
| 14. | B-Real LLC | Unsecured | 1,376.94 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 6,994.92 | 0.00 |
| 16. | CitiFinancial | Unsecured | 6,838.72 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 1,497.40 | 0.00 |
| 18. | Beneficial Illinois Inc | Unsecured | | No Claim Filed |
| 19. | Clerk of The Circuit Court (Co | Unsecured | | No Claim Filed |
| 20. | Credit Protection Depot | Unsecured | | No Claim Filed |
| 21. | HFC | Unsecured | | No Claim Filed |
| 22. | LaSalle Bank NA | Unsecured | | No Claim Filed |
| | | | $ 72,967.87 | $ 16,240.35 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Degante, Dannixa L

Printed: 02/24/09

Case Number: 07 B 09637
Judge: Wedoff, Eugene R
Filed: 5/29/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 412.72 |
| 6.5% | 469.73 |
| 6.6% | 159.20 |
| | $ 1,041.65 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*