IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Degante, Joaquin

Printed: 03/03/09

Case Number: 07 B 09637
Judge: Wedoff, Eugene R
Filed: 5/29/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: February 19, 2009
Confirmed: July 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,282.00 |  |
| Secured: |  | 13,690.35 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,550.00 |
| Trustee Fee: |  | 1,041.65 |
| Other Funds: |  | 0.00 |
| Totals: | 17,282.00 | 17,282.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Leeders & Associates LTD | Administrative | 2,550.00 | 2,550.00 |
| 2. | VW Bank USA | Secured | 0.00 | 0.00 |
| 3. | Kay Jewelers | Secured | 1,429.67 | 698.10 |
| 4. | Bank Of America | Secured | 26,629.89 | 12,992.25 |
| 5. | US Bank | Unsecured | 6,994.92 | 0.00 |
| 6. | American General Finance | Unsecured | 683.26 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 894.80 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 116.62 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 1,192.59 | 0.00 |
| 10. | Kay Jewelers | Unsecured | 109.87 | 0.00 |
| 11. | Chase Bank | Unsecured | 5,918.25 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 6,812.87 | 0.00 |
| 13. | B-Real LLC | Unsecured | 1,376.94 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 2,927.15 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 6,994.92 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 1,497.40 | 0.00 |
| 17. | CitiFinancial | Unsecured | 6,838.72 | 0.00 |
| 18. | Credit Protection Depot | Unsecured |  | No Claim Filed |
| 19. | Beneficial Illinois Inc | Unsecured |  | No Claim Filed |
| 20. | Clerk of The Circuit Court (Co | Unsecured |  | No Claim Filed |
| 21. | HFC | Unsecured |  | No Claim Filed |
| 22. | LaSalle Bank NA | Unsecured |  | No Claim Filed |
|  |  |  | $ 72,967.87 | $ 16,240.35 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Degante, Joaquin

Printed: 03/03/09

Case Number: 07 B 09637
Judge: Wedoff, Eugene R
Filed: 5/29/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 412.72 |
| 6.5% | 469.73 |
| 6.6% | 159.20 |
|  | $ 1,041.65 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*